[No. 4,152.]

## BENJAMIN KINCAID *v.* WILLIAM A. JOHNSON.

DAMAGES FOR FRIVOLOUS APPEAL.—When an appeal is frivolous, and taken apparently for delay, the Court will impose damages on affirming the judgment.

APPEAL from the District Court, Sixteenth Judicial District, Alpine County.

Action for partition of property used as a hotel, at Markleeville, Alpine County. The parties were tenants in common, each owning an undivided one half. The defendant occupied the whole property, and the plaintiff claimed that the use of his undivided one half was worth $40 per month, and for sixth months, $240. The Court ordered a sale of the entire property, and gave judgment for $90 rent. The defendant appealed.

*George P. Harding,* for the Appellant.

*Chas. P. Goff,* for the Respondent.

By the COURT:

This appeal is by the defendant from a judgment for $90. The answer admits that the defendant was liable to the plaintiff for the rent of the property, but avers that the amount due was only $70. The proof as to the value of the rents was conflicting, and we cannot disturb the judgment on the ground that it was not justified by the evidence, in respect to the amount due. The appeal is frivolous, and was apparently taken for delay.

Judgment affirmed, with fifty per cent. damages. Remittitur forthwith.